1  Brian C. Shapiro
   Attorney at Law: 192789
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Arthur F. Herrera
6

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
   **WESTERN DIVISION**
9

10

11  ARTHUR F. HERRERA,                    )  Case No.: 5:13-cv-02299-JEM
                                          )
12                                        )  /~~PROPOSED~~/ ORDER OF
             Plaintiff,                   )  DISMISSAL
13                                        )
          vs.                             )
14  CAROLYN W. COLVIN, Acting             )
    Commissioner of Social Security,      )
15                                        )
                                          )
16           Defendant.                   )
                                          )
17  _____     )

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21  DATE:  June 25, 2014          _____
22                                THE HONORABLE JOHN E MCDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-